**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DANIEL SHARUM,

       Plaintiff,

vs.

ARAMARK SERVICES, INC.,

       Defendant.

2:16-cv-00920-APG-VCF

**ORDER**

    Before the court is *Daniel Sharum v. Aramark Services, Inc.*, case number 2:16-cv-00920-APG-VCF.

    A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., July 1, 2016, in courtroom 3C. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

    DATED this 16th day of June, 2016.

                                                    _____
                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE