UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

DANIEL SHARUM,

          Plaintiff,

vs.

ARAMARK SERVICE, INC.,

          Defendant.

Case No. 2:16–cv–920–APG–VCF

**ORDER**

      This court set a hearing at 1:00pm on July 1, 2016 in courtroom 3C. The purpose of this hearing to set a discovery plan and enter a scheduling order. Before the hearing, Aramark filed and this court approved a discovery plan and scheduling order. (ECF No. 13)

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that the hearing set for 1:00pm on July 1, 2016 in courtroom 3C is VACATED.

      IT IS SO ORDERED.

      DATED this 29th day of June, 2016.

                                  _____
                                  CAM FERENBACH
                                  UNITED STATES MAGISTRATE JUDGE