DANIEL B. SHARUM
Plaintiff, in propria persona
2665 E. Desert Inn Rd.
Las Vegas, NV 89121
Tel: +1.702.876.7413

JEFF OLSTER
Nevada Bar No. 008864
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel: +1.702.693.4319
Fax: +1.702.893.3789
Email: Jeff.Olster@lewisbrisbois.com

MELINDA S. RIECHERT (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.7530
Fax: +1.650.843.4001
Email: melinda.riechert@morganlewis.com

Attorneys for Defendant
ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC (ERRONEOUSLY SUED AS ARAMARK SERVICES, INC.)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA, SOUTHERN DIVISION**

DANIEL B. SHARUM,

Plaintiff,

v.

ARAMARK SERVICES, INC,

Defendant.

Case 2:16-cv-00920-APG-VCF

**NOTICE OF SETTLEMENT AND ~~[PROPOSED]~~ ORDER TO VACATE EARLY NEUTRAL EVALUATION**

Plaintiff Daniel B. Sharum and Defendant Aramark Sports and Entertainment Services, LLC (incorrectly sued as Aramark Services, Inc.) have reached a confidential settlement. The parties have finalized the written settlement agreement and anticipate filing a stipulation for dismissal of all claims with prejudice within the next 30 days. Accordingly, the parties respectfully request that the Early Neutral Evaluation ("ENE") session, scheduled for July 19, 2016, be vacated.

Dated: July 12, 2016

By /s/ Daniel B. Sharum
DANIEL B. SHARUM
Daniel B. Sharum for Plaintiff

Dated: July 12, 2016

By /s/ Jeff Olster
JEFF OLSTER
MELINDA S. RIECHERT (*Pro Hac Vice*)
Attorneys for Defendant
Aramark Sports and Entertainment Services, LLC (incorrectly sued as Aramark Services, Inc.)

The ENE scheduled for July 19, 2016 is hereby **VACATED**. The parties are **ORDERED** to submit dismissal papers by August 12, 2016.
IT IS SO ORDERED.

Dated: July 13, 2016

United States Magistrate Judge