JEFFREY D. OLSTER
Nevada Bar No. 008864
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Tel:   +1.702.693.4319
Fax:   +1.702.893.3789
Email: Jeff.Olster@lewisbrisbois.com

MELINDA S. RIECHERT (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.7530
Fax:   +1.650.843.4001
Email: melinda.riechert@morganlewis.com

Attorneys for Defendant
ARAMARK SPORTS AND ENTERTAINMENT
SERVICES, LLC (INCORRECTLY SUED AS
ARAMARK SERVICES, INC.)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL B. SHARUM,<br><br>  Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC.,<br><br>  Defendant. | Case No. 2:16-cv-00920-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1                                         Case No. 2:16-cv-00920-APG-VCF

IT IS HEREBY STIPULATED, by and between plaintiff Daniel B. Sharum, *in propria persona*, and defendant Aramark Sports and Entertainment Services, LLC (incorrectly sued as Aramark Services, Inc.), by and through its counsel, that this action shall be dismissed in its entirety, with prejudice, with each party to bear his/its own costs and attorney's fees.

Dated: July 22, 2016

By _____
DANIEL B. SHARUM
Plaintiff *in propria persona*

Dated: July 25, 2016

By _____
JEFFREY D. OLSTER
MELINDA S. RIECHERT (*Pro Hac Vice*)
Attorneys for Defendant
Aramark Sports and Entertainment Services, LLC (incorrectly sued as Aramark Services, Inc.)

**ORDER**

IT IS SO ORDERED.

Dated: July 26, 2016.

_____
UNITED STATES DISTRICT JUDGE